IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL BEY, *The Real Party of Interest*, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LAMARK CARSTARPHEN, *Police Officer, Badge Number 854* and IRVING POLICE DEPARTMENT, *Police Department*, | ) ) ) ) ) |
| Defendants. | ) Civil Action No. 3:21-CV-3080-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be *sua sponte* remanded back to the original courts.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, it is hereby **ORDERED** that Misdemeanor No. M2135420 be **REMANDED** back to Dallas County Court. It is further **ORDERED** that Citation No. JA059541 be **REMANDED** back to the Irving Municipal Court. Any and all pending Motions are **DENIED** as moot.

SO ORDERED.

Dated January 5, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.